■

Michelle TILLERY, p/n/g of Jasmine Tillery and Nicole Tillery

v.

U-HAUL CO. OF PENNSYLVANIA, Jovan Martin and Miguel Rivera, Eri Vending Cart, Inc. and Erjon Meni

Petition of: Miguel Rivera and Jovan Martin

No. 545 EAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

### ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is DENIED.

■

Michelle TILLERY, p/n/g of Jasmine Tillery and Nicole Tillery

v.

U-HAUL CO. OF PENNSYLVANIA, Jovan Martin and Miguel Rivera, Eri Vending Cart, Inc. and Erjon Meni

Petition of: Miguel Rivera and Jovan Martin

No. 544 EAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

### ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is DENIED.

■

COMMONWEALTH of Pennsylvania, Respondent

v.

Allen SPEARMAN, Petitioner

No. 525 EAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

### ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is DENIED.

■

COMMONWEALTH of Pennsylvania, Respondent

v.

Luis D. RODRIGUEZ, Petitioner

No. 507 EAL 2016

Supreme Court of Pennsylvania.

April 18, 2017